# PRIMMER PIPER EGGLESTON & CRAMER PC

*Attorneys at Law*

DOUGLAS J. WOLINSKY
dwolinsky@ppeclaw.com
TEL: (802) 864-0880
FAX: (802) 864-0328

150 SOUTH CHAMPLAIN STREET  P.O. BOX 1489  BURLINGTON, VT 05402

December 22, 2010

**RECEIVED**
DEC 2 7 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Diann M. Freeman
Alexander Pirnie Federal Building
10 Broad Street, Room 230
Utica, NY  13501

Re:   Ralph & Betty Durant – Case No.  07-61247

Dear Ms. Freeman:

Enclosed please find check number 119 in the amount of $1,096.76, which represents unclaimed funds for the following creditor(s):

| Claim No. | Check No. | Amount | Claimant address |
|---|---|---|---|
| 4 | 102 | $1,090.28 | Wells Fargo Financial Leasing, Inc.<br>c/o Kevin Newman, Esq.<br>Menter, Rudin & Trivelpiece, PC<br>500 South Salina Street, Ste. 500<br>Syracuse, NY  13202 |
| 7 | 104 | $6.48 | First Pioneer Farm Credit<br>One Pioneer Drive<br>Potsdam, NY  13676 |

Thank you for your assistance in this matter

Sincerely yours,

Douglas J. Wolinsky

**FILED**
DEC 2 7 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

DJW:ajl
E00980-00956\Doc #45

Burlington, Vermont ◆ Montpelier, Vermont ◆ St. Johnsbury, Vermont ◆ Littleton, New Hampshire
www.ppeclaw.com